ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 011180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant,*
*Tropicana Las Vegas, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN TURPIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS HOTEL AND CASINO, INC.; TROPICANA RESORT & CASINO, LLC; DOES I through X AND ROES XI through XX, inclusive,<br><br>                    Defendants. | Case No.:  2:14-cv-01782-GMN-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Defendant Tropicana Las Vegas, Inc. ("Tropicana"), and Plaintiff Melvin Turpin ("Turpin"), by and through their respective undersigned counsel, hereby agree to reschedule the Early Neutral Evaluation ("ENE"), which is currently set for May 22, 2015, at 9:00 a.m. (Doc. #9.) Tropicana's lead counsel will not be in a position to attend and or adequately prepare for the ENE because he will be out of the country.  Therefore, the parties agree that additional time is necessary to attend.  This stipulation is not brought for the purposes of delay or any other improper purpose.

Accordingly, the parties are respectfully requesting that the ENE be rescheduled to June 16, 2015, to allow Tropicana's counsel to attend and prepare for the ENE.

DATED this 29th day of April, 2015.

Holman Law Office

/s/ Kristina S. Holman
Kristina S. Holman, Esq.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702. 614.4777
*Attorneys for Plaintiff*

DATED this 29th day of April, 2015.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ Dana B. Krulewitz
Anthony L. Martin, Esq.
Dana B. Krulewitz, Esq.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169
Telephone: 702.369.6800
*Attorneys for Defendant Tropicana Las Vegas, Inc.*

## ORDER

IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place on Tuesday, June 16, 2015 at 9:00 a.m. A request for an exception to the above attendance requirements must be filed and served upon all parties at least fourteen (14) days prior to the Early Neutral Evaluation session.

Written evaluation statements shall be submitted directly to my chambers, Room 3099, no later than 4:00 p.m. on Tuesday, June 9, 2015, which is seven (7) days prior to the Early Neutral Evaluation session pursuant to LR 16-6(f).

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

April 30, 2015
Dated