# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN TURPIN, | |
| Plaintiff, | Case No. 2:14-cv-01782-GMN-PAL |
| vs. | **ORDER** |
| TROPICANA LAS VEGAS HOTEL AND CASINO, INC.; TROPICANA RESORT & CASINO, LLC, | |
| Defendants. | |

This matter is before the Court on Defendant Tropicana Las Vegas, Inc.'s Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#14), filed on June 2, 2015.

Defendants request that their insurance carrier representative be excused from attendance at the upcoming ENE session on June 16, 2015. Defendant will be instead represented by Julie Della Penna, Vice President of Human Resources, who will have binding settlement authority. Furthermore, the Defendant represents that they anticipate any settlement to be below the retention level of their insurance policy, rendering the representative's physical attendance unnecessary. Defendants have sufficiently shown good cause for the waiver to be granted. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Tropicana Las Vegas, Inc.'s Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#14) is **granted**.

**DATED** this 11th day of June, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge