1  ANTHONY L. MARTIN
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   DANA B. KRULEWITZ
3  Nevada Bar No. 11180
   dana.krulewitz@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV 89169
7  Telephone: 702.369.6800
   Fax: 702.369.6888
8

9  *Attorneys for Defendant,*
   *Tropicana Las Vegas, Inc.*
10

11              **UNITED STATES DISTRICT COURT**

12            **FOR THE DISTRICT OF NEVADA**

13  MELVIN TURPIN,                     Case No.: 2:14-cv-01782-GMN-PAL

14                  Plaintiff,

15  vs.                                **STIPULATION AND ORDER TO
                                        EXTEND THE DEADLINE FOR
16                                      FILING DISPOSITIVE MOTIONS**
    TROPICANA LAS VEGAS HOTEL AND
17  CASINO, INC.; TROPICANA RESORT &        **(FIRST REQUEST)**
    CASINO, LLC; DOES I through X AND
18  ROES XI through XX, inclusive,

19                  Defendants.

20

21       Pursuant to LR 6-1, 6-2, 7-1, and 26-4, Plaintiff Melvin Turpin ("Plaintiff") and Defendant

22  Tropicana Las Vegas, Inc. ("Tropicana" or "Defendant") by and through their respective

23  undersigned counsel, hereby stipulate to extend the dispositive motion deadline and subsequent

24  deadlines in the Discovery Plan and Scheduling Order. (*see* Dkt. # 13.)  This is the parties' first

25  request.

26       The parties request a brief thirty (30) day extension of time, up to and including **November**

27  **13, 2015**, for the limited purpose of filing dispositive motions.  While the parties have completed

28  most of the discovery in this case, good cause exists for the proposed extension of time to file and

respond to dispositive motions. Plaintiff's deposition is set for September 24, 2015. The parties would like the additional time to receive and review Plaintiff's deposition transcript to adequately prepare dispositive motions and respond to the same. Further complicating matters, defense counsel is going to be out of the country for approximately two (2) weeks and would like the additional time to adequately prepare any dispositive motion Defendant sees fit.

Accordingly, the parties request a brief thirty (30) day extension of time, up to and including **November 13, 2015**, to file dispositive motions.

Pursuant to LR 26-4, the parties provide the following statement in support of this stipulation to extend the deadlines as provided in the Discovery Plan and Scheduling Order:

## I.   DISCOVERY COMPLETED TO DATE

Plaintiff and Defendants have both served their Rule 26(a)(1) Initial Disclosures and Defendant has served supplements thereto. Defendant served a First Set of Requests for Production of Documents and Interrogatories upon Plaintiff, to which Plaintiff responded

Defendant has also noticed Plaintiff's deposition for September 24, 2015 at 10:00 a.m.

## II.   REMAINING DISCOVERY TO BE COMPLETED

Defendant intends to depose Plaintiff in order to complete discovery.

## III.   REASONS DISCOVERY CANNOT BE COMPLETED WITHIN THE ORIGINAL DEADLINE

As set forth herein, scheduling conflicts created a need to take Plaintiff's deposition outside the close of discovery on September 24, 2015. Therefore, the parties would like the additional time to adequately prepare and respond to dispositive motions subject to receipt of Plaintiff's deposition transcript.

## IV.   REVISED PROPOSED DISCOVERY PLAN

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. The parties propose to the Court the following cut-off dates:

(a)   **Dispositive Motions**:   **November 13, 2015**, which is thirty (30) days from the present deadline.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

**(b)**      **Motions in Limine/*Daubert* Motions:**   Pursuant to Local Rule 16-3(b), any motions in limine, including *Daubert*-type motions, shall be filed and served thirty (30) days prior to trial.  Oppositions shall be filed and served and the motion submitted for decision fourteen (14) days thereafter.  Reply briefs shall only be allowed with leave of court, unless the District Judge issues an order with a different deadline or briefing schedule.

**(c)**      **Joint Pre-Trial Order:**   The Pretrial Order shall be filed no later than **December 14, 2015**, which is thirty-one (31) days, as the 30th day is a Sunday after the deadline to file dispositive motions.  In the event dispositive motions are filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after decision on the dispositive motions or further order of the Court.

**(d)**      **Fed. R. Civ. P. 26(a)(3) Disclosures:**   The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the final pretrial order in accordance with Local Rule 26-1(e)(6).

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1     **(e)     Extension or Modification of the Discovery Plan and Scheduling Order:**   In

2   accordance with Local Rule 26-4, any motion or stipulation to extend a deadline set forth in this

3   Discovery Plan and Scheduling Order shall be received by the Court no later than twenty-one (21)

4   days before the expiration of the subject deadline.

5          IT IS SO STIPULATED.

6   DATED this 23rd day of September, 2015.          DATED this 23rd day of September, 2015.

7
    Holman Law Office                          Ogletree, Deakins, Nash, Smoak &
8                                              Stewart, P.C.

9   /s/ Kristina S. Holman                     /s/ Anthony L. Martin
10  Kristina S. Holman, Esq.                   Anthony L. Martin, Esq.
    703 S. Eighth Street                       Dana B. Krulewitz, Esq.
11  Las Vegas, Nevada 89101                    3800 Howard Hughes Parkway
    Telephone: 702. 614.4777                   Suite 1500
12                                             Las Vegas, Nevada  89169
                                               Telephone:  702.369.6800
13  *Attorneys for Plaintiff*

14                                             *Attorneys for Defendant Tropicana*
                                               *Las Vegas, Inc.*
15

16

17                                             **ORDER**

18
        **IT IS SO ORDERED.**
19

20                                             _____
                                               UNITED STATES MAGISTRATE JUDGE
21
                                               September 24, 2015
22                                             _____
                                               Dated
23

24

25

26

27

28