ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,*
*Tropicana Las Vegas, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN TURPIN,<br><br>          Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS HOTEL AND CASINO, INC.; TROPICANA RESORT & CASINO, LLC; DOES I through X AND ROES XI through XX, inclusive,<br><br>          Defendants. | Case No.: 2:14-cv-01782-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Melvin Turpin ("Plaintiff") and Defendant Tropicana Las Vegas, Inc. ("Tropicana" or "Defendant")[1] by and through their respective undersigned counsel, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment. (Doc. # 23.) This is the parties' first request.

The parties request a brief three (3) week extension of time, up to and including **January**

---

[1] Plaintiff erroneously named Tropicana Las Vegas Hotel and Casino, Inc. and Tropicana Resort & Casino, LLC.

**18, 2016**, for the limited purpose of Plaintiff filing his response. This extension is requested to accommodate the holidays and for purposes of settlement discussions.

IT IS HEREBY STIPULATED that Plaintiff has up to and including Monday, January 18, 2016, to file a Response to Defendant's Motion for Summary Judgment. (Doc. # 23.)

IT IS FURTHER STIPULATED that Defendant has twenty (20) days after service of the Response to file and serve its Reply in Support of its Motion for Summary Judgment.

DATED this 28th day of December, 2015.

Holman Law Office

/s/ Kristina S. Holman
Kristina S. Holman, Esq.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702.614.4777

*Attorney for Plaintiff*

DATED this 28th day of December, 2015.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ Dana B. Krulewitz
Anthony L. Martin, Esq.
Dana B. Krulewitz, Esq.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169
Telephone: 702.369.6800

*Attorneys for Defendant Tropicana Las Vegas, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

December 29, 2015
_____
Dated

2